# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2702 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Nos. 7 DB 2020 and 170 DB 2020 |
| | : | |
| v. | : | Attorney Registration No. 316237 |
| | : | |
| ROBERT BARBATO JR., | : | (Erie County) |
| | : | |
| Respondent | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of November, 2020, upon consideration of the Verified Statement of Resignation, Robert Barbato, Jr. is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).